**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

ALVARO ROBERTO HUINIL DIAZ,　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　　Petitioner,　　　　)
　　　　　　　　　　　　　　　　　)
-vs-　　　　　　　　　　　　　　　)　　　NO. CIV-26-0104-HE
　　　　　　　　　　　　　　　　　)
KRISTI NOEM, in her official capacity　)
as Secretary, U.S. DEPARTMENT OF　　)
HOMELAND SECURITY, et al.,　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　　Respondents.　　　　)

## JUDGMENT

In accordance with the order entered this date, the petition for writ of habeas corpus

is granted in part.

**IT IS SO ORDERED**.

Dated this 24th day of February, 2026.

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
JOE HEATON
UNITED STATES DISTRICT JUDGE